**Order entered February 16, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00935-CR
## No. 05-22-00936-CR

## TROY ADAM LEWIS, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 33841CR, 33842CR**

## ORDER

Appellant's motion for extension of time to file the brief in cause number 05-22-00936-CR is **GRANTED**, and we **ORDER** the brief received with the motion filed as of the date of this order. The State's brief in cause number 05-22-00936-CR is due March 20, 2023.

Appellant's brief in cause number 05-22-00935-CR was filed January 31, 2023, and the State's brief in that appeal is due March 2, 2023.

/s/    NANCY KENNEDY
      JUSTICE